UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Keith Goodwin, ) | |
| Plaintiff, ) | |
| ) | No. 1:19-cv-859 |
| -v- ) | |
| ) | Honorable Paul L. Maloney |
| Flagstar Bank and Steven Smith, ) | |
| Defendants. ) | |
| ) | |

## JUDGMENT

The Court has dismissed all claims brought by Plaintiff Keith Goodwin. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: January 17, 2020            /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge